■ Steven L. Dubinsky, Appellant, v Village of Tarrytown et al., Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Gagliardi, J.H.O.), dated March 20, 1990.

Ordered that the order is affirmed, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Judicial Hearing Officer Gagliardi at the Supreme Court. Thompson, J. P., Harwood, Balletta and Rosenblatt, JJ., concur.